UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERA A. HOUSTON,

        Plaintiff,                  Case no. 14-14426
                                                  Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    On August 25, 2015 Magistrate Judge Patricia T. Morris issued a report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

    IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date:  September 30, 2015

     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 30, 2015, using the ECF system.

                                                  <u>s/William Barkholz</u>
                                                  Case Manager